Daniel A. Johnson (State Bar No. 130724)
daj.lawoffice@gmail.com
Law Offices of Daniel A. Johnson, P.C.
22287 Mulholland Hwy. #440
Calabasas, California 91302
Telephone (818) 865-9000

Attorneys for Plaintiff Jake Holmes

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE HOLMES, an individual<br><br>  Plaintiff,<br><br>  vs.<br><br>JAMES PATRICK PAGE, W CHAPPELL MUSIC CORP. d/b/a WC MUSIC CORP., SUCCUBUS MUSIC LIMITED, JIMMYPAGE.COM LIMITED, SONY PICTURES CLASSICS, INC. PARADISE PICTURES LIMITED, ALTITUDE FILM SALES LIMITED, BIG BEACH LLC and DOES 1 through 20 inclusive,<br><br>  Defendants. | CASE NO.  2:25-cv-03977-WLH-MAR<br><br>**PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT BIG BEACH LLC** |

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT
ON DEFENDANT BIG BEACH LLC**

I, Daniel A. Johnson, do hereby declare as follows:

1.    I make this declaration of my own personal knowledge and, if called as a witness, could and would testify competently to the matters stated herein. I am employed in the County of Los Angeles, State of California. My business address is 22287 Mulholland Hwy, #440, Calabasas, California 91302. At the time of the service, I was at least 18 years of age and not a party to the above-captioned action.

2.    On July 1, 2025 at 1:55 p.m., I served the Summons and Complaint in the above-captioned action on Defendant Big Beach LLC by placing true copies thereof in a sealed envelope addressed to "Big Beach LLC, c/o ERESIDENTAGENT, INC., 9000 Sunset Blvd., Suite 1260, West Hollywood, California 90069, Attention Marcela Ortega" and handing the sealed envelope to Marcela Ortega, an authorized employee of ERESIDENTAGENT, INC. under Section 1505 of the California Corporations Code, at the address identified above and informing her of the contents thereof.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of July 2025 at Los Angeles, California

By: _____
       Daniel A. Johnson

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

JAKE HOLMES

*Plaintiff(s)*

v.

JAMES PATRICK PAGE, W CHAPPELL MUSIC CORP. d/b/a WC MUSIC CORP., SUCCUBUS MUSIC LIMITED, JIMMYPAGE.COM LIMITED, SONY PICTURES CLASSICS, INC. PARADISE PICTURES LIMITED, ALTITUDE FILM SALES LIMITED, BIG BEACH LLC and DOES 1 through 20 inclusive

*Defendant(s)*

Civil Action No. 2:25-cv-03977 -AJR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Big Beach LLC
1880 Century Park East, Suite 1600
Los Angeles, California 90067

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel A. Johnson, Law Offices of Daniel A. Johnson, P.C.
22287 Mulholland Hwy # 440
Calabasas, California 91302
818.865.9000
daj.lawoffice@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brian D. Karth
*CLERK OF COURT*

Date: 05/08/2025

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ___Big Beach LLC___
was received by me on *(date)* ___May 8, 2025___.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

|x| I served the summons on *(name of individual)* ___Marcela Ortega, Eresidentagent, Inc.___ , who is designated by law to accept service of process on behalf of *(name of organization)* ___Big Beach, LLC___
on *(date)* ___July 1, 2025___ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: ___July 1, 2025___

*Server's signature*

___Daniel A. Johnson___
Printed name and title

___22287 Mulholland Hwy # 440, Calabasas, CA 91302___
Server's address

Additional information regarding attempted service, etc: