Daniel A. Johnson (State Bar No. 130724)
daj.lawoffice@gmail.com
Law Offices of Daniel A. Johnson, P.C.
22287 Mulholland Hwy. #440
Calabasas, California 91302
Telephone (818) 865-9000

Attorneys for Plaintiff Jake Holmes

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE HOLMES, an individual<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JAMES PATRICK PAGE, W CHAPPELL MUSIC CORP. d/b/a WC MUSIC CORP., SUCCUBUS MUSIC LIMITED, JIMMYPAGE.COM LIMITED, SONY PICTURES CLASSICS, INC. PARADISE PICTURES LIMITED, ALTITUDE FILM SALES LIMITED, BIG BEACH LLC and DOES 1 through 20 inclusive,<br><br>　　　　Defendants. | CASE NO.  2:25-cv-03977-WLH-MAR<br><br>**NOTICE OF SETTLEMENT OF ENTIRE ACTION**<br><br>**[LOCAL RULE 16-15.7]** |

**NOTICE OF SETTLEMENT OF ENTIRE ACTION**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that a settlement has been reached that resolves the entire case. The parties are in the process of finalizing a written settlement agreement and anticipate filing a stipulated dismissal of the action with prejudice within thirty (30) days.

The parties respectfully request that the Court vacate all pending dates and deadlines, and retain jurisdiction to enforce the terms of the settlement if necessary.

Dated: August 1, 2025          By  */s/ Daniel A. Johnson*
                                   Daniel A. Johnson
                                   Law Offices of Daniel A. Johnson, P.C.
                                   **Attorneys for Plaintiff Jake Holmes**