1  Daniel A. Johnson (State Bar No. 130724)
   daj.lawoffice@gmail.com
2  Law Offices of Daniel A. Johnson, P.C.
3  22287 Mulholland Hwy. #440
   Calabasas, California 91302
4  Telephone (818) 865-9000

5  Attorneys for Plaintiff Jake Holmes

6                    **UNITED STATES DISTRICT COURT**

7              **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

8

9  JAKE HOLMES, an individual            ) CASE NO.  2:25-cv-03977-WLH-MAR
                                          )
10              Plaintiff,                )
                                          )
11       vs.                              )
                                          )
12                                        ) **RESPONSE TO ORDER TO SHOW**
   JAMES PATRICK PAGE, W                  ) **CAUSE RE: DISMISSAL**
13 CHAPPELL MUSIC CORP. d/b/a WC          )
   MUSIC CORP., SUCCUBUS MUSIC            )
14 LIMITED, JIMMYPAGE.COM                 ) **Date:  October 3, 2025**
   LIMITED, SONY PICTURES                 ) **Time: 1:00 p.m.**
15 CLASSICS, INC. PARADISE                ) **Ctrm.: 9B – First Street Courthouse**
   PICTURES LIMITED, ALTITUDE             )
16 FILM SALES LIMITED, BIG                ) **Assigned for All Purposes to:**
   BEACH LLC and DOES 1 through 20        ) **Hon. Wesley L. Hsu**
17 inclusive,                             )
                                          )
18              Defendants.               )

19

20

21

22

23

24

25

26

27

28

**RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL**

Plaintiff Jake Holmes, through his counsel of record, respectfully submits this Response to the Court's August 6, 2025 Order to Show Cause re: Dismissal (Dkt. [17]):

[The parties have resolved this action. Dismissal is contingent upon the occurrence of certain conditions which the parties reasonably anticipate will be fulfilled on or before November 3, 2025.

Accordingly, Plaintiff respectfully requests that the Court continue the October 3, 2025 hearing on the Order to Show Cause re: Dismissal and retain jurisdiction.

Dated: September 24, 2025        By  /s/ Daniel A. Johnson
                                     Daniel A. Johnson
                                     Law Offices of Daniel A. Johnson, P.C.
                                     **Attorneys for Plaintiff Jake Holmes**