Daniel A. Johnson (State Bar No. 130724)
daj.lawoffice@gmail.com
Law Offices of Daniel A. Johnson, P.C.
22287 Mulholland Hwy. #440
Calabasas, California 91302
Telephone (818) 865-9000

Attorneys for Plaintiff Jake Holmes

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAKE HOLMES, an individual<br><br>  Plaintiff,<br><br>  vs.<br><br>JAMES PATRICK PAGE, W CHAPPELL MUSIC CORP. d/b/a WC MUSIC CORP., SUCCUBUS MUSIC LIMITED, JIMMYPAGE.COM LIMITED, SONY PICTURES CLASSICS, INC. PARADISE PICTURES LIMITED, ALTITUDE FILM SALES LIMITED, BIG BEACH LLC and DOES 1 through 20 inclusive,<br><br>  Defendants. | CASE NO. 2:25-cv-03977-WLH-MAR<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jake Holmes, by and through undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice as to all defendants.

No defendant has filed an answer or a motion for summary judgment in this action.

Respectfully submitted,

Dated: September 30, 2025        By _____
Daniel A. Johnson
Law Offices of Daniel A. Johnson, P.C.
**Attorneys for Plaintiff Jake Holmes**